# EXHIBIT A

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVEN GLICKMAN, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC, *et al.*,<br><br>Defendants. | Civil Action No.: 2:15-cv-08041-JMV-SCM<br><br><br>**STIPULATION OF DISMISSAL** |

Plaintiffs Steven Glickman and Andrew Kimmel (Plaintiffs") and Defendants Live Nation Entertainment, Inc., Live Nation Worldwide, Inc., Live Nation Concerts, Live Nation Ticketing LLC, and Live Nation Global Touring ("Defendants"), by and through their undersigned counsel, who are duly authorized to enter into this Stipulation, hereby agree to and stipulate that Plaintiffs hereby:

(1) dismiss their individual claims against Defendants in the Second Amended Complaint (D.E. 105) and in this action in their entirety **with prejudice**, and

(2) dismiss the purported class claims alleged against Defendants in the Second Amended Complaint and in this action in their entirety **without prejudice,**

ACTIVE 45535545v7

pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

| NAGEL RICE, LLP | GREENBERG TRAURIG, LLP |
|---|---|
| */s/ Bruce H. Nagel* | */s/ Philip R. Sellinger* |
| Bruce H. Nagel, Esq. | Philip R. Sellinger, Esq. |
| 103 Eisenhower Parkway | 500 Campus Drive |
| Suite 201 | Suite 400 |
| Roseland, NJ 07068 | Florham Park, NJ 07932 |
| T. (973) 618-0400 | T. (973) 360-7900 |
| F. ((973) 618-9194 | F. (973) 301-8410 |
| bnagel@nagelrice.com | sellingerp@gtlaw.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date: 10/8/19